

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 891010
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  KATHRYN C. NEWMAN
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Fifth Floor
4  Las Vegas, NV  89101
   702-388-6336
5

6

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| IN THE MATTER RE: | Case No. 2:11-mj-734-RJJ |
|---|---|
| 6970 Starwood Drive<br>Las Vegas, Nevada 89147 | **MOTION TO UNSEAL** |

The United States, by and through its undersigned counsel, hereby moves the Court to unseal this matter so that the United States may produce the search warrant and supporting affidavit in this case.

The search warrant and affidavit in this case was sealed in 2011 at the request of the United States in order to protect an ongoing investigation. Law enforcement officers found drugs at the property in the course of executing the search warrant. The Clark County District Attorney's Office has indicted the occupant, Clint Tarrant, on charges arising from the drugs found at the property. *State of Nevada v. Clint Tarrant*, Case No. C-13-290342-1. As part of the State proceedings, the defendant has challenged the search of the property and demanded the State produce the search warrant.

The United States believes that unsealing the warrant at this time will not jeopardize the investigation. Therefore, the United States, at the request of the State of Nevada, now seeks to unseal this matter so that it may produce the application and the affidavit in support of the warrant.

For these reasons, the United States asks the Court to unseal this matter.

Dated:      June 13, 2013.

                                        Respectfully submitted,

                                        DANIEL G. BOGDEN
                                        United States Attorney

                                        */s/ Kathryn C. Newman*
                                        KATHRYN C. NEWMAN
                                        Assistant United States Attorney

## ~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED that this matter be unsealed.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
                                        Dated this 10th day of September 2013